IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| M. DOUGLAS BENSON, PHD, | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 4:25-CV-01701 |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| *Defendant*. | § | |

## NOTICE OF NONSUIT WITHOUT PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff, as Movant herein, M. Douglas Benson, PhD (hereinafter "Movant"), and brings this Notice of Nonsuit Without Prejudice. In support, Movant respectfully shows the Court the following:

Movant no longer desires to pursue his claims against the Defendant at this time.

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court grants this Notice of Nonsuit Without Prejudice as requested herein, and for such other and further relief that may be awarded at law or in equity.

Respectfully Submitted,

**CARPENTER & ASSOCIATES**

*/s/ James A. Metcalf*
**JAMES A. METCALF**
Texas Bar No. 24140131
jmetcalf@carplawfirm.com
**JOSHUA CARPENTER**
Texas Bar No. 24090907
josh@carplawfirm.com
7920 Belt Line Rd, Suite 1100
Dallas, Texas 75254
972.455.8700 (Telephone)
972.767.5599 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2025, a true and correct copy of the foregoing Notice of Nonsuit Without Prejudice was forwarded to all known counsel of record/parties, via the Court's CM/ECF system.

**ANTHONY DOLCEFINO**
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1327 / Fax (512) 320-0667
Anthony.Dolcefino@oag.texas.gov

                                          */s/ James A. Metcalf*
                                          **JAMES A. METCALF**