United States District Court
Southern District of Texas
**ENTERED**
May 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| M. DOUGLAS BENSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-01701 |
| § | |
| TEXAS A&M UNIVERSITY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 12).

Accordingly, it is Ordered that this case is dismissed without prejudice.

It is so ORDERED.

SIGNED on May 7, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge